**DISMISS and Opinion Filed March 20, 2020**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-19-01155-CV**

**THERESA STUMON, Appellant**

**V.**

**CHANCE OLIVER; HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-RM1; LISLE PATTON; J. MEEK; ANTWYN BERRY AND/OR ALL OCCUPANTS, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-10279**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Evans
Opinion by Justice Evans

This appeal challenges the trial court's March 25, 2019 judgment. Because appellant timely filed what might be construed as a motion for new trial, the notice of appeal was due no later than June 24, 2019 or, with an extension motion, July 9, 2019. *See* TEX. R. APP. P. 4.1(a), 26.1(a), 26.3. The notice of appeal, however, was not filed until September 17, 2019.

At our request, the parties filed jurisdictional letter briefs. *Brashear v. Victoria Gardens of McKinney*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no

pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional). Nothing in appellant's letter brief, however, demonstrates our jurisdiction. Accordingly, as the notice of appeal was untimely, we lack jurisdiction and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a); *Brashear*, 302 S.W.3d at 545.

/David Evans/
DAVID EVANS
JUSTICE

191155P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THERESA STUMON, Appellant

No. 05-19-01155-CV          V.

CHANCE OLIVER; HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-RM1; LISLE PATTON; J. MEEK; ANTWYN BERRY AND/OR ALL OCCUPANTS, Appellees

On Appeal from the 68th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-18-10279. Opinion delivered by Justice Evans, Justices Partida-Kipness and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Chance Oliver; HSBC Bank USA, National Association as Trustee for Ace Securities Corp. Home Equity Loan Trust, Series 2005-RM1; Lisle Patton; J. Meek; Antwyn Berry and/or All Occupants recover their costs, if any, of this appeal from appellant Theresa Stumon.

Judgment entered March 20, 2020.